## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Tonya W Revell aka Tonya Williams Revell | CHAPTER 13 |
|     Alvin Revell | BKY. NO. 25-14494 DJB |
|         Debtor(s) | |

### ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                      Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
07 Nov 2025, 16:04:48, EST

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 627-1322

Document ID: d60ca2e44032c373cc26358b368114ab73cd78cdcf6a64f0873a36d2db4e2eb7