IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Tonya and Alvin Revell  :  Chapter 13
      Debtor  :  Bankruptcy No: **25-14494**

O R D E R

AND NOW, this __19th__ day of __November__, 20__25__, upon review of Debtor's Motion to Extend Time to File Schedules, Statement of Financial Affairs, Disclosure of Attorney Compensation, Statement of Current Monthly Income and Summaries of Schedules and Certain Liabilities, it is HEREBY

ORDERED and DECREED that Debtor is GRANTED until December 2, 2025 to file the missing documents.

By the Court:

_____
Honorable Derek J Baker
United States Bankruptcy Judge