

Trustees of University of Pennsylvania    3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Tonya Revell    31 E Madison Avenue Apt A Clifton Heights, PA 19018

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tonya Revell | Trustees of University of Pennsylvania | 00013117 | 10/01/2025 | 10/31/2025 | 10/31/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 8,011.84 | 1,108.78 | 2,080.79 | 170.11 | 4,652.16 |
| YTD | 78,718.38 | 10,805.92 | 20,383.14 | 1,664.38 | 45,864.94 |

| Earnings | | | | | Employee Taxes | | |
|---|---|---|---|---|---|---|---|
| Description | Dates | Hours | Rate | Amount | YTD | Description | Amount | YTD |
| Regular Monthly Salaried Pay | 10/01/2025 - 10/31/2025 | 0 | 0 | 8,011.84 | 78,718.38 | OASDI | 461.77 | 4,542.46 |
| | | | | | | Medicare | 108.00 | 1,062.35 |
| | | | | | | Federal Withholding | 977.51 | 9,529.10 |
| | | | | | | State Tax - PA | 228.65 | 2,249.24 |
| | | | | | | SUI-Employee Paid - PA | 5.22 | 51.29 |
| | | | | | | City Tax - PHILA | 299.64 | 2,948.70 |
| Earnings | | | | 8,011.84 | 78,718.38 | Employee Taxes | 2,080.79 | 20,383.14 |

| Pre Tax Deductions | | | Post Tax Deductions | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Dental Penn PFP | 140.95 | 1,384.84 | Dependent Life Insurance | 1.99 | 19.90 |
| Employee Retirement Match | 400.60 | 3,935.98 | Supplemental Life Insurance | 168.12 | 1,644.48 |
| Medical IBC HMO Keystone | 410.00 | 3,938.00 | | | |
| Retirement Supplemental | 144.22 | 1,417.00 | | | |
| Vision Davis | 13.01 | 130.10 | | | |
| Pre Tax Deductions | 1,108.78 | 10,805.92 | Post Tax Deductions | 170.11 | 1,664.38 |

| Employer Paid Benefits | | | Taxable Wages | | |
|---|---|---|---|---|---|
| Description | Amount | YTD | Description | Amount | YTD |
| Basic Life Insurance Employer | 7.38 | 73.80 | OASDI - Taxable Wages | 7,447.88 | 73,265.44 |
| Dental Penn PFP | 69.16 | 679.54 | Medicare - Taxable Wages | 7,447.88 | 73,265.44 |
| Employer Retirement Basic | 400.60 | 3,935.98 | Federal Withholding - Taxable Wages | 6,903.06 | 67,912.46 |
| Employer Retirement Match | 400.60 | 3,935.98 | State Tax Taxable Wages - PA | 7,447.88 | 73,265.44 |
| Medical IBC HMO Keystone | 2,361.82 | 22,675.90 | City Tax Taxable Wages - PHILA | 8,011.84 | 78,718.38 |
| Employer Paid Benefits | 3,239.56 | 31,301.20 | | | |

| | Federal | State | Absence Plans | | | |
|---|---|---|---|---|---|---|
| Marital Status | Married but withhold at higher Single rate | | Description | Accrued | Reduced | Available |
| | | | PTO | 16 | 16 | 192 |
| Allowances | 0 | 0 | Sick Leave | 8 | 0 | 184 |
| Total Dependent Amount | 0 | | | | | |
| Additional Withholding | 0 | 0 | | | | |

| Payment Information | | | | |
|---|---|---|---|---|
| Bank | Account Name | Account Number | USD Amount | Amount |
| Employee Direct Deposit | Employee Direct Deposit ******1118 | ******1118 | | 3,852.16 USD |
| Credit Union | Credit Union ******-012 | ******-012 | | 800.00 USD |



Trustees of University of Pennsylvania   3451 Walnut Street, Room 310 Philadelphia, PA 19104-6284
Tonya Revell   7663 Brentwood Rd Philadelphia, PA 19151-2022

| Name | Company | Employee ID | Pay Period Begin | Pay Period End | Check Date | Check Number |
|---|---|---|---|---|---|---|
| Tonya Revell | Trustees of University of Pennsylvania | 00013117 | 09/01/2025 | 09/30/2025 | 09/30/2025 | |

| | Gross Pay | Pre Tax Deductions | Employee Taxes | Post Tax Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | 8,011.84 | 1,108.78 | 2,080.77 | 170.11 | 4,652.18 |
| YTD | 70,706.54 | 9,697.14 | 18,302.35 | 1,494.27 | 41,212.78 |

### Earnings

| Description | Dates | Hours | Rate | Amount | YTD |
|---|---|---|---|---|---|
| Regular Monthly Salaried Pay | 09/01/2025 - 09/30/2025 | 0 | 0 | 8,011.84 | 70,706.54 |
| Earnings | | | | 8,011.84 | 70,706.54 |

### Employee Taxes

| Description | Amount | YTD |
|---|---|---|
| OASDI | 461.77 | 4,080.69 |
| Medicare | 107.99 | 954.35 |
| Federal Withholding | 977.51 | 8,551.59 |
| State Tax - PA | 228.65 | 2,020.59 |
| SUI-Employee Paid - PA | 5.21 | 46.07 |
| City Tax - PHILA | 299.64 | 2,649.06 |
| Employee Taxes | 2,080.77 | 18,302.35 |

### Pre Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dental Penn PFP | 140.95 | 1,243.89 |
| Employee Retirement Match | 400.60 | 3,535.38 |
| Medical IBC HMO Keystone | 410.00 | 3,528.00 |
| Retirement Supplemental | 144.22 | 1,272.78 |
| Vision Davis | 13.01 | 117.09 |
| Pre Tax Deductions | 1,108.78 | 9,697.14 |

### Post Tax Deductions

| Description | Amount | YTD |
|---|---|---|
| Dependent Life Insurance | 1.99 | 17.91 |
| Supplemental Life Insurance | 168.12 | 1,476.36 |
| Post Tax Deductions | 170.11 | 1,494.27 |

### Employer Paid Benefits

| Description | Amount | YTD |
|---|---|---|
| Basic Life Insurance Employer | 7.38 | 66.42 |
| Dental Penn PFP | 69.16 | 610.38 |
| Employer Retirement Basic | 400.60 | 3,535.38 |
| Employer Retirement Match | 400.60 | 3,535.38 |
| Medical IBC HMO Keystone | 2,361.82 | 20,314.08 |
| Employer Paid Benefits | 3,239.56 | 28,061.64 |

### Taxable Wages

| Description | Amount | YTD |
|---|---|---|
| OASDI - Taxable Wages | 7,447.88 | 65,817.56 |
| Medicare - Taxable Wages | 7,447.88 | 65,817.56 |
| Federal Withholding - Taxable Wages | 6,903.06 | 61,009.40 |
| State Tax Taxable Wages - PA | 7,447.88 | 65,817.56 |
| City Tax Taxable Wages - PHILA | 8,011.84 | 70,706.54 |

| | Federal | State |
|---|---|---|
| Marital Status | Married but withhold at higher Single rate | |
| Allowances | 0 | 0 |
| Total Dependent Amount | 0 | |
| Additional Withholding | 0 | 0 |

### Absence Plans

| Description | Accrued | Reduced | Available |
|---|---|---|---|
| PTO | 8 | 8 | 192 |
| Sick Leave | 8 | 0 | 176 |

### Payment Information

| Bank | Account Name | Account Number | USD Amount | Amount | |
|---|---|---|---|---|---|
| Employee Direct Deposit | Employee Direct Deposit ******1118 | ******1118 | | 3,852.18 | USD |
| Credit Union | Credit Union ******-012 | ******-012 | | 800.00 | USD |