UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:   Alvin Revell                                                          : No.  25-14494

        Debtor(s)                                                   : Chapter 13

## CERTIFICATION OF NON EXISTENCE OF PAYMENT ADVICES PURSUANT TO 11 U.S.C. § 521(a)(1)(iv)

It is hereby certified by debtor, Alvin Revell, that he did not receive payment advices from an employer within 60 days prior to the filing of the petition in this matter.  The debtor is not employed.

The Debtor hereby verifies that the statements made above are true and correct to the best of his knowledge, information and belief and that these statements are made subject to the penalties of 18 Pa. C.S.A. § 4904 relating to unworn falsification to authorities.


Dated: January 14, 2026                             By: /s/ Alvin Revell
                                                                                            Alvin Revell, Debtor