United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                          Case No. 25-14494-djb

Tonya W Revell                                                                  Chapter 13

Alvin W Revell

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 09, 2026 | Form ID: 155 | Total Noticed: 30 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Tonya W Revell, Alvin W Revell, 31 E Madison Ave, Clifton Heights, PA 19018-2316 |
| 15070643 | + | Lakeview Loan Servicing, LLC., Matthew Fissel, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 15068957 | + | Penn Federal Credit Un, 3900 Chestnut St, Philadelphia, PA 19104-3120 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15069548 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2026 00:29:18 | Ally Bank, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15069859 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2026 00:29:00 | Ally Bank Department, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15082051 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Apr 10 2026 00:29:08 | Ally Bank c/o AIS Portfolio Services, LLC, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15068946 | + | Email/Text: ally@ebn.phinsolutions.com | Apr 10 2026 00:26:00 | Ally Financial, Inc, Attn: Bankruptcy, Po Box 380901, Bloomington, IL 55438-0901 |
| 15068947 | | Email/Text: cescandell@calautomotive.com | Apr 10 2026 00:26:00 | Cal Automotive, 300 Horizon Drive, Hamilton, NJ 08691 |
| 15080588 | | Email/Text: cescandell@calautomotive.com | Apr 10 2026 00:26:00 | CAL Automotive, 4556 South Broad Street, Yardville, NJ 08620 |
| 15068950 | + | Email/Text: BKPT@cfna.com | Apr 10 2026 00:26:00 | CFNA, Attn: Bankruptcy, Po Box 81315, Cleveland, OH 44181-0315 |
| 15081668 | | Email/Text: BKPT@cfna.com | Apr 10 2026 00:26:00 | CREDIT FIRST NA, PO BOX 818011, CLEVELAND, OH 44181-8011 |
| 15068948 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2026 00:29:08 | Cap1/kohls, Attn: Bankruptcy, Po Box 3043, Miwaukee, WI 53201-3043 |
| 15068949 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Apr 10 2026 00:29:17 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 15068951 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 00:29:23 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15068952 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 10 2026 00:29:23 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 15068953 | + | Email/Text: mrdiscen@discover.com | Apr 10 2026 00:26:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Apr 09, 2026 | Form ID: 155 | Total Noticed: 30

| | | | | |
|---|---|---|---|---|
| 15068954 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Apr 10 2026 00:26:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 15078121 | + | Email/Text: JPMCBKnotices@nationalbankrupcy.com | Apr 10 2026 00:26:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o National Bankruptcy Services, LLC, P.O. Box 9013, Addison, Texas 75001-9013 |
| 15068955 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 10 2026 00:29:17 | Jpmcb, MailCode LA4-7100, 700 Kansas Lane, Monroe, LA 71203-4774 |
| 15090533 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2026 00:29:09 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15070434 | ^ | MEBN | Apr 10 2026 00:22:09 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15092138 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 10 2026 00:26:00 | Lakeview Loan Servicing, LLC, c/o LoanCare, LLC, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15068956 | + | Email/Text: LC-Bankruptcy-RF@loancare.net | Apr 10 2026 00:26:00 | Loancare Llc, 3637 Sentara Way, Virginia Beach, VA 23452-4262 |
| 15085604 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 10 2026 00:26:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15070581 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 10 2026 00:29:09 | Pinnacle Credit Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15068958 | ^ | MEBN | Apr 10 2026 00:22:16 | Telecom Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 15068959 | ^ | MEBN | Apr 10 2026 00:22:01 | Utility Selfreported, Po Box 4500, Allen, TX 75013-1311 |
| 15068960 | + | Email/PDF: ais.Bankruptcynoticeshomelending@aisinfo.com | Apr 10 2026 00:29:17 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus Mac X2303-01a 3rd Floor, Des Moines, IA 50328-0001 |
| 15088848 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 10 2026 00:29:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 15089937 | + | Email/PDF: ais.BankruptcynoticesExceptions@aisinfo.com | Apr 10 2026 00:29:08 | Wells Fargo Card Services, PO Box 9210, Des Moines, IA 50306-9210 |

TOTAL: 27

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2026 | Signature: | /s/Gustava Winters

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Apr 09, 2026 | Form ID: 155 | Total Noticed: 30

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|------|---------------|
| JEANNE MARIE CELLA | on behalf of Debtor Tonya W Revell paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com |
| JEANNE MARIE CELLA | on behalf of Joint Debtor Alvin W Revell paralegal@lawjmc.com  r46298@notify.bestcase.com;pennduke@gmail.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| IN RE: | ) | |
| Tonya W Revell | ) | Case No. 25−14494−djb |
| aka Tonya Williams Revell | ) | |
| | ) | |
| Alvin W Revell | ) | Chapter: 13 |
| | ) | |
| Debtor(s). | ) | |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: April 9, 2026

For The Court

Derek J Baker
Judge, United States Bankruptcy Court